JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL MCLEMORE,<br><br>　　　　　　Petitioner,<br>　　vs.<br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>　　　　　　Respondent. | Case No. CV 14-3914-JAK (DTB)<br><br>**J U D G M E N T** |

 Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

 IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: October 16, 2014

                _____
                JOHN A. KRONSTADT
                UNITED STATES DISTRICT JUDGE